**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Felipe ARRIAGA, Defendant— Appellant.**

**No. 09–30435.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Eric Vincent Carroll, Esquire, Assistant U.S., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Joseph Mayo Ashley, I, Ashley Law Office, Helena, MT, Felipe Arriaga, Federal Correctional Institution, Littleton, CO, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Felipe Arriaga appeals from his jury-trial conviction and 240–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 851. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arriaga's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.